Opinion filed August 31,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00126-CR

                                                    __________

 

                        EX
PARTE MATTHEW EUGENE NELSON



 

                                    On
Appeal from the 35th District Court

 

                                                           Brown
County, Texas

 

                                                Trial
Court Cause No. CR20-783-A

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Matthew
Eugene Nelson has filed in this court a motion to withdraw his notice of appeal
and dismiss his appeal.  Pursuant to Tex.
R. App. P. 42.2, the motion is signed by both appellant and his counsel.

The
motion is granted.  Appellant’s notice of appeal is withdrawn, and the appeal
is dismissed.

 

                                                                                                PER
CURIAM                                   

August 31, 2012

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.